## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Gabriel Sanchez, Sr.
                    Plaintiff,

v.                                              Case No.: 1:15−cv−10104
                                                Honorable Rebecca R. Pallmeyer

Debevic's LLC, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 4, 2016:

    MINUTE entry before the Honorable Rebecca R. Pallmeyer: Pursuant to Federal Rules of Civil Procedure, 41(a)(1)(A)(i), the above case is dismissed without prejudice. Initial status hearing set for 1/19/2016 is stricken. Civil case terminated. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.